**Order entered February 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00790-CR

**JEREMY WAYNE MILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-72093-U**

## ORDER

The corrected reporter's record, including the exhibits from trial, has been filed. We **STRIKE** the February 3, 2020 reporter's record.

We **VACATE** those portions of our January 29 and February 7, 2020 orders that order court reporter Yolanda Atkins not to sit.

Before the Court is appellant's February 18, 2020 motion asking for a corrected reporter's record and an extension of time to file his brief. We **DENY** appellant's request regarding the reporter's record as **MOOT**. We **GRANT** the motion to the extent we order appellant's brief **DUE** on or before March 20, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; Yolanda Atkins, court reporter, 291st Judicial District Court; to the Dallas County Auditor's Office and to counsel for all parties.

/s/ BILL PEDERSEN, III
   JUSTICE